1  Rand L. Chritton (Bar No. 099191)
   Jennifer L. Madsen (Bar No. 232535)
2  ARCHER NORRIS
   Attorneys At Law
3  2033 North Main Street, Suite 800
   P.O. Box 8035
4  Walnut Creek, CA 94596
   Telephone:   (925) 930-6600
5  Facsimile:   (925) 930-6620

6  Attorneys for
   SEQUOIA INSURANCE COMPANY
7  in its capacity as liability insurer for
   DEFENDANT THE ESTATE OF JOSEPH AGGIO, deceased
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   VALENTI AGGIO, DOROTHY L. AGGIO       No. C 04 4357 PJH
12 and LIVIO J. AGGIO,
                                         STIPULATION AND [PROPOSED]
13            Plaintiffs,                ORDER TO AMEND COMPLAINT

14       v.

15 ESTATE OF JOSEPH AGGIO, deceased,

16            Defendant.

17

18       Plaintiffs Valenti Aggio, Dorothy L. Aggio and Livio J. Aggio ("Plaintiffs") and Sequoia

19 Insurance Company, on behalf of the Estate of Joseph Aggio ("Defendant") hereby stipulate to

20 the filing of Plaintiffs' proposed First Amended Complaint, attached to this Stipulation and

21 Proposed Order as Exhibit A. It is acknowledged by the parties, that in so stipulating the

22 Defendant does not waive or in any way prejudice its right to later challenge, by way of motion or

23 otherwise, any of the causes of action set forth in the proposed First Amended Complaint.

24       Defendant's responsive pleading, if any, shall be filed within 30 days of service of the

25 First Amended Complaint.

26       ///

27       ///

28       The parties hereby stipulate to take Defendant's Motion to Dismiss and Plaintiffs' Motion

1  for Leave to Amend the Complaint, along with the hearing date of Wednesday, July 6, 2005 off
2  calendar. The parties further stipulate that there will be no additional briefing submitted for either
3  of these motions.

DATED: June 13, 2005          FARELLA BRAUN & MARTEL LLP

                              By: *Louise A. Warren* (signature)
                              Louise A. Warren
                              Attorneys for Plaintiffs
                              VALENTI AGGIO, DOROTHY L. AGGIO
                              and LIVIO J. AGGIO

DATED: June 14, 2005          ARCHER NORRIS

                              By: (signature)
                              Rand L. Chritton
                              Attorneys for Defendant,
                              Sequoia Insurance Company, on behalf of the Estate
                              of Joseph Aggio

IT IS SO ORDERED that Plaintiffs may file the attached First Amended Complaint.

DATED this  16  day of June, 2005.

                                              (signature)
                              _____
                              HONORABLE PHYLLIS J. HAMILTON