James A. Bruen (State Bar No. 43880)
Dennis M. Cusack (State Bar No. 124988)
Derrick K. Watson (State Bar No. 154427)
Louise A. Warren (State Bar No. 228793)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VALENTI AGGIO, DOROTHY L. AGGIO AND
LIVIO J. AGGIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALENTI AGGIO, DOROTHY L. AGGIO AND LIVIO J. AGGIO,<br><br>Plaintiffs,<br><br>vs.<br><br>ESTATE OF JOSEPH AGGIO, deceased,<br><br>Defendant. | Case No. C04-04357 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO CONDUCT MEDIATION** |

WHEREAS Plaintiffs Valenti Aggio, Dorothy L. Aggio and Livio J. Aggio ("Plaintiffs") submitted a First Amended Complaint on June 1, 2005 and Sequoia Insurance Company, on behalf of the Estate of Joseph Aggio ("Defendant"), has not yet answered Plaintiffs' First Amended Complaint; and

WHEREAS Plaintiffs and Defendant agree that mediation of this dispute at this time would be premature; and

WHEREAS the parties have failed to meet the original deadline by which they were to have participated in mediation, pursuant to ADR L.R. 6-4(b).

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order to Extend the
Deadline to Conduct Mediation

18514\809477.1

06/29/2005 WED 17:18  [TX/RX NO 5883]  ☒003

IT IS THEREFORE HEREBY STIPULATED AND AGREED that the new deadline by which mediation shall be held is November 30, 2005.

DATED: ~~June~~ July 15, 2005

FARELLA BRAUN & MARTEL LLP

By: *Louise A. Warren*
Louise A. Warren

Attorneys for Plaintiffs
VALENTI AGGIO, DOROTHY L. AGGIO and LIVIO J. AGGIO

DATED: June 30, 2005

ARCHER NORRIS

By: *Rand L. Chritton*
Rand L. Chritton

Attorneys for SEQUOIA INSURANCE COMPANY IN ITS CAPACITY AS LIABILITY INSURER FOR DEFENDANT THE ESTATE OF JOSEPH AGGIO

IT IS SO ORDERED that the deadline by which the parties must conduct mediation is extended to November 30, 2005.

DATED this 20th day of ~~June~~ July, 2005.

HONORABLE PHYLLIS J. HAMILTON

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order to Extend the Deadline to Conduct Mediation

- 2 -

18514\809477.1

06/29/2005 WED 17:18  [TX/RX NO 5883]  ☒004