James A. Bruen (State Bar No. 43880)
Dennis M. Cusack (State Bar No. 124988)
Derrick K. Watson (State Bar No. 154427)
Louise A. Warren (State Bar No. 228793)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff

VALENTI AGGIO, DOROTHY L. AGGIO AND
LIVIO J. AGGIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VALENTI AGGIO, DOROTHY L. AGGIO AND LIVIO J. AGGIO, Plaintiffs, vs. ESTATE OF JOSEPH AGGIO, deceased, Defendant. | Case No. C04-04357 PJH<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
|---|---|

Plaintiffs Valenti Aggio, Dorothy L. Aggio and Livio J. Aggio ("Plaintiffs") and Sequoia Insurance Company, on behalf of Defendant the Estate of Joseph Aggio ("Defendant") (collectively, "Parties") agree that the briefing schedule for Defendant's Motion to Dismiss and Defendant's Motion for Summary Judgment, both filed on July 18, 2005 and scheduled for hearing on August 24, 2005 will be extended. The Parties agree that Plaintiffs' Oppositions to these motions will be due on August 10 and Defendants' Replies in support of these motions will be due on August 24. The Parties further agree that the hearing for these motions will be held on September 7, 2005.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order to Extend the
Briefing Schedule for Defendant's Motion to
Dismiss and Motion for Summary Judgment

18514\815068.1

| | | |
|---|---|---|
| 1 | DATED: July __, 2005 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Louise A. Warren |
| 4 | | Louise A. Warren |
| 5 | | Attorneys for Plaintiffs VALENTI AGGIO, DOROTHY L. AGGIO and LIVIO J. AGGIO |
| 6 | | |
| 7 | DATED: July 21, 2005 | ARCHER NORRIS |
| 8 | | |
| 9 | | By: /s/ Rand L. Chritton |
| 10 | | Attorneys for SEQUOIA INSURANCE COMPANY IN ITS CAPACITY AS LIABILITY INSURER FOR DEFENDANT THE ESTATE OF JOSEPH AGGIO |

IT IS SO ORDERED that Plaintiffs' Oppositions to Defendant's Motion to Dismiss and Defendant's Motion for Summary Judgment will be due on August 10, 2005 and that Defendant's Replies in support of these motions will be due on August 24, 2005. The hearing for these motions will be held on September 7, 2005.

DATED this 22nd day of July, 2005.

_____
HONORABLE PHYLLIS J. HAMILTON

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order to Extend the Briefing Schedule for Defendant's Motion to Dismiss and Motion for Summary Judgment

- 2 -

18514\815068.1