| | |
|---|---|
| 1 | Rand L. Chritton (Bar No. 099191) |
| | Jennifer L. Madsen (Bar No. 232535) |
| 2 | ARCHER NORRIS |
| | Attorneys At Law |
| 3 | 2033 North Main Street, Suite 800 |
| | P.O. Box 8035 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone:   (925) 930-6600 |
| 5 | Facsimile:    (925) 930-6620 |

Attorneys for
SEQUOIA INSURANCE COMPANY
in its capacity as liability insurer for
DEFENDANT THE ESTATE OF JOSEPH AGGIO, deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALENTI AGGIO, DOROTHY L. AGGIO and LIVIO J. AGGIO, | ) | No. C 04 4357 |
| Plaintiffs, | ) | Order Withdrawing |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT |
| ESTATE OF JOSEPH AGGIO, deceased, | ) | |
| Defendant. | ) | |

Plaintiffs Valenti Aggio, Dorothy L. Aggio and Livio J. Aggio ("Plaintiffs") and Sequoia Insurance Company, on behalf of the Estate of Joseph Aggio ("Defendant") hereby stipulate as follows:

(1) Defendant will withdraw its pending motion for summary judgment to allow the parties to conduct discovery;

(2) The parties acknowledge that in so stipulating the Defendant does not waive or in any way prejudice its right to later bring a motion for summary judgment; and

///
///
///
///

STIP AND [PROPOSED] ORDER TO
CONTINUE THE MSJ (Case No. C 04 4357)

1  (3) The motion for summary judgment of Wednesday, September 7, 2005 can be taken off
2  calendar.

6  DATED: August 30, 2005         FARELLA BRAUN & MARTEL LLP

8  By: _____ for
   Dennis M. Cusack
9  Attorneys for Plaintiffs
   VALENTI AGGIO, DOROTHY L. AGGIO
10 and LIVIO J. AGGIO

13 DATED: August __, 2005          ARCHER NORRIS

15 By: _____
16 Read L. Chritton
   Attorneys for Defendant,
17 SEQUOIA INSURANCE COMPANY, ON
   BEHALF OF THE ESTATE OF JOSEPH AGGIO

20 IT IS SO ORDERED that the hearing date for Defendant's motion for summary judgment
21 is hereby taken off calendar.

23 DATED this  6th  day of August, 2005 _____

24 _____
   HONORABLE PHYLLIS J. HAMILTON

25
   SE1164/438934-1
26