UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTI AGGIO, et al.,

    Plaintiffs,

v.

ESTATE OF JOSEPH AGGIO,

    Defendant.

No. C 04-4357 PJH

**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Plaintiffs having filed a statement of non-opposition to the motion of defendant Estate of Joseph Aggio for leave to file a third-party complaint, the motion is GRANTED. The date previously noticed for hearing on the motion is VACATED.

**IT IS SO ORDERED.**

Dated: September 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge