**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTI AGGIO, et al.,

    Plaintiffs,

    v.

ESTATE OF JOSEPH AGGIO,

    Defendant.

_____

AND RELATED THIRD-PARTY CLAIMS
_____/

No. C 04-4357 PJH

**ORDER VACATING HEARING DATE**

    The court has reviewed the papers submitted in support of and in opposition to the defendant's motion for certification pursuant to 28 U.S.C. § 1292(b) and request for stay, and finds the motion to be appropriate for decision without oral argument. Accordingly, the date for the hearing on the motion, previously set for Wednesday, January 4, 2006, is VACATED.

**IT IS SO ORDERED.**

Dated: December 16, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTI AGGIO, et al.,

    Plaintiffs,

    v.

ESTATE OF JOSEPH AGGIO,

    Defendant.

_____

AND RELATED THIRD-PARTY CLAIMS
_____/

No. C 04-4357 PJH

**ORDER VACATING HEARING DATE**

    The court has reviewed the papers submitted in support of and in opposition to the defendant's motion for certification pursuant to 28 U.S.C. § 1292(b) and request for stay, and finds the motion to be appropriate for decision without oral argument. Accordingly, the date for the hearing on the motion, previously set for Wednesday, January 4, 2006, is VACATED.

**IT IS SO ORDERED.**

Dated: December 16, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTI AGGIO, et al.,

    Plaintiffs,   No. C 04-4357 PJH

    v.   **ORDER VACATING HEARING DATE**

ESTATE OF JOSEPH AGGIO,

    Defendant.
_____

AND RELATED THIRD-PARTY CLAIMS
_____/

    The court has reviewed the papers submitted in support of and in opposition to the defendant's motion for certification pursuant to 28 U.S.C. § 1292(b) and request for stay, and finds the motion to be appropriate for decision without oral argument. Accordingly, the date for the hearing on the motion, previously set for Wednesday, January 4, 2006, is VACATED.

**IT IS SO ORDERED.**

Dated: December 16, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTI AGGIO, et al.,

    Plaintiffs,

    v.

ESTATE OF JOSEPH AGGIO,

    Defendant.

_____

AND RELATED THIRD-PARTY CLAIMS
_____/

No. C 04-4357 PJH

**ORDER VACATING HEARING DATE**

    The court has reviewed the papers submitted in support of and in opposition to the defendant's motion for certification pursuant to 28 U.S.C. § 1292(b) and request for stay, and finds the motion to be appropriate for decision without oral argument. Accordingly, the date for the hearing on the motion, previously set for Wednesday, January 4, 2006, is VACATED.

**IT IS SO ORDERED.**

Dated: December 16, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge