UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTI AGGIO, et al.,

       Plaintiffs,

    v.

ESTATE OF JOSEPH AGGIO,

       Defendant.

_____

AND RELATED THIRD-PARTY CLAIM

_____/

No. C 04-4357 PJH

**ORDER SETTING CASE
MANAGEMENT CONFERENCE
FOR REMANDED CASE**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The court having granted defendant's motion for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b) on January 18, 2006; and the Court of Appeals for the Ninth Circuit having filed on September 12, 2007, an order dismissing the appeal pursuant to the request of defendant/appellant, and having issued the mandate; it is ORDERED that a Case Management Conference shall be held on December 13, 2007 at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

     The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case.  To that end, the parties shall first meet and confer and then they shall file a joint  case management statement setting forth a proposal for the scheduling and resolution of the remaining issues.  The statement shall be filed no later than seven (7) calendar days prior to the conference.

**SO ORDERED.**

Dated:  October 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge