UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTI AGGIO, et al.,

        Plaintiffs,

    v.

ESTATE OF JOSEPH AGGIO,

        Defendant.
_____

AND RELATED CLAIMS
_____/

No. C 04-4357 PJH

**ORDER**

    PLEASE TAKE NOTICE that counsel for all parties are required to appear as scheduled at the pretrial conference, on July 31, 2008, at 2:30 p.m.

    If any claims remain for decision at trial, the trial will go forward as scheduled on August 25, 2008.

**IT IS SO ORDERED.**

Dated:  July 23, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge