Rand L. Chritton (Bar No. 099191)
John L. Kortum (Bar No. 148573)
Danielle A. Arteaga (State Bar No. 209958)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620

Attorneys for Defendant
SEQUOIA INSURANCE COMPANY IN ITS CAPACITY AS
LIABILITY INSURER FOR DEFENDANT THE ESTATE OF
JOSEPH AGGIO, DECEASED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTI AGGIO, DOROTHY L. AGGIO and LIVIO J. AGGIO,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF JOSEPH AGGIO, deceased,<br><br>Defendant.<br><br>SEQUOIA INSURANCE COMPANY ("Sequoia") in its capacity as liability insurer for DEFENDANT THE ESTATE OF JOSEPH AGGIO, deceased<br><br>Third Party Plaintiff,<br><br>v.<br><br>MARVIN K. SOILAND, MARVIN K. SOILAND in his capacity as trustee of the MARVIN K. SOILAND FAMILY TRUST, STONY POINT ROCK QUARRY, INC., and COTATI ROD and GUN CLUB<br><br>Third Party Defendants. | No. 3:04-cv-4357 PJH<br><br>**DISMISSAL OF THIRD PARTY COMPLAINT WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER**<br><br><br>Action Filed: October 14, 2004<br><br>Trial Date: August 25, 2008 |

NOTICE IS GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41,

SE1164/689067-1

(Case No. 04-04357 PJH)

1
DOCUMENT TITLE

subdivision (c), Third Party Plaintiff SEQUOIA INSURANCE COMPANY in its capacity as liability insurer for DEFENDANT ESTATE OF JOSEPH AGGIO ("Sequoia") voluntarily dismisses, without prejudice, the entire Third Party Complaint of Sequoia Insurance Company, filed in this action on October 3, 2005.

Dated: August 6, 2008

Respectfully submitted,

ARCHER NORRIS

*/s/ Danielle A. Arteaga*

Danielle A. Arteaga
Rand L. Chritton
John L. Kortum
Attorneys for Third Party Plaintiff
SEQUOIA INSURANCE COMPANY IN ITS CAPACITY AS LIABILITY INSURER FOR DEFENDANT THE ESTATE OF JOSEPH AGGIO, DECEASED

**THE COURT ORDERS AS FOLLOWS:**

Sequoia's voluntary dismissal of the entire Third Party Complaint, without prejudice, is approved and ordered.

Dated: August 7, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SE1164/689067-1

(Case No. 04-04357 PJH)

2
DOCUMENT TITLE